UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMES OSBORNE, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 20-CV-01126 |
| ) | |
| NURSE REYNOLDS, ) | Judge J. Phil Gilbert |
| CHIEF FERRELL, ) | |
| ) | |
| Defendants. ) | |

### ENTRY OF APPEARANCE AND JURY DEMAND

To the Clerk of this Court and all parties of record:

I hereby enter my appearance as counsel of record in this case for:

### CHIEF FERRELL,

Date: January 5, 2020

*S/ Julie M. Koerner*
Signature
Julie M. Koerner, #6204852
Print Name
650 Dundee Road, Suite 475
Address
Northbrook, Illinois  60062
City, State, Zip Code
847-291-0200
Phone Number
847-291-9230
Fax Number
jkoerner@okgc.com
E-Mail Address

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMES OSBORNE,                )<br>                                              )<br>             Plaintiff,           )<br>     v.                                    )<br>                                              )<br>NURSE REYNOLDS,             )<br>CHIEF FERRELL,                 )<br>                                              )<br>             Defendants.       ) | No. 20-CV-01126<br><br>Judge J. Phil Gilbert |

### CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2021, I electronically filed this *Appearance and Jury Demand* with the Clerk of the Court using the CM/ECF system.  On January 5, 2021, I mailed a copy of this *Appearance and Jury Demand* to the following non-registered CM/ECF participant:

James Osborne #200509
WILLIAMSON COUNTY JAIL
404 Van Buren Street
Marion, IL 62959


By:     *s/Julie M. Koerner*
          Julie M. Koerner, #6204852
          O'Halloran Kosoff Geitner & Cook, LLC
          650 Dundee Road, Suite 475
          Northbrook, IL  60062
          Phone: 847/291-0200
          Fax:    847/291-9230
          Email:  jkoerner@okgc.com